UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

TOMMY NABOR, JR.

CRIMINAL ACTION

NO. 04-148-C

**RULING**

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated September 15, 2009, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the petitioner's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 is dismissed without prejudice and the Judgment of conviction is vacated and reinstated, thereby affording the defendant an opportunity to file a new notice of appeal. Further, the petitioner is responsible for filing a notice appeal within the 10 day time limit set forth in Rule 4(b)(1)(A), Fed.R.App.P.

Baton Rouge, Louisiana, November 3, 2009.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA